**FORM 3**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NORMA (INDIA) LIMITED, USK EXPORTS PRIVATE LIMITED, UMA SHANKER KHANDELWAL & CO., AND BANSIDHAR CHIRANJILAL <br><br>  Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | SUMMONS <br><br> Court No. 25-00037 |

TO: The Attorney General and the Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. (Name and standing of plaintiff):  Plaintiffs, Norma (India) Limited, USK Exports Private Limited, Uma Shanker Khandelwal & Co., and Bansidhar Chiranjilal, are foreign producers and exporters of subject merchandise, finished carbon steel flanges from India, which were subject to the antidumping duty administrative review that is contested here.  Plaintiffs thus are interested parties within the meaning of 19 U.S.C. § 1677(9)(A).  Plaintiffs, collectively, were a mandatory respondent and actively participated in the U.S. Department of Commerce's administrative review of the antidumping duty order on *Finished Carbon Steel Flanges from India* (Case No. A-533-871) for the period of review, August 1, 2022, through July 31, 2023, which is being contested here.  Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c) as interested parties that were parties to the proceeding identified below.

2. (Brief description of contested determination):  Plaintiffs contest certain determinations made by the U.S. Department of Commerce in the 2022-2023 administrative review of the

antidumping duty order on Finished Carbon Steel Flanges from India, including the review-specific antidumping duty rate that Commerce assigned to Plaintiffs. *Finished Carbon Steel Flanges from India: Final results of Antidumping duty Administrative Review; 2002-2023*, 90 Fed. Reg. 74 (Dep't Commerce January 2, 2025). Commerce's determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

3. <u>(Date of determination)</u>: The final determination in the contested administrative review was issued by Commerce on December 23, 2024.

4. <u>(If applicable, date of publication in Federal Register of notice of contested determination)</u>: Commerce published its final results of administrative review in the *Federal Register* on January 2, 2025 (90 Fed. Reg. 74).

<u>/s/ Robert G. Gosselink</u>
Robert G. Gosselink
Aqmar Rahman
Didie Muller
Sezi Erdin
TRADE PACIFIC PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
rgosselink@tradepacificlaw.com

*Counsel to Plaintiffs*

<u>February 3, 2025</u>

## SERVICE OF SUMMONS BY THE CLERK

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch – Civil Division
United States Department of Justice
26 Federal Plaza
Room 346
New York, NY  10278-0140

Jeanne E. Davidson, Esq.
Civil Division, Director
Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, N.W.
Room 5875
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011); July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)