**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Norma (India) Limited et al <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 25-00037 |

## ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                                               Mario Toscano
                                                               Clerk of the Court


                                 By:    <u>/s/ Stephen Swindell</u>
                                                         Deputy Clerk

Date:  March 10, 2025
        New York, New York